UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DARRELL GOODMAN | CASE NO. 6:18-CV-00623 |
| VERSUS | JUDGE SUMMERHAYS |
| RELIANCE STANDARD LIFE INSURANCE CO | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Presently before the Court are the Motion for Summary Judgment [doc. 13] filed by Reliance Standard Life Insurance Co. ("Reliance") and the Amended Motion for Summary Judgment [doc. 19] filed by Darrell Goodman ("Plaintiff"). Based upon the Reasons for Decision entered into the record this date,

IT IS ORDERED THAT the Motion for Summary Judgment [doc. 13] filed by Reliance Standard Life Insurance Co. ("Reliance") is **GRANTED**; and the Amended Motion for Summary Judgment [doc. 19] filed by Darrell Goodman ("Plaintiff") is **DENIED**. Plaintiff's claims are **DISMISSED**.

THUS DONE in Chambers on this 5th day of November, 2019.

Robert R. Summerhays
United States District Judge